## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                          **Case No.  6:04-cr-142-Orl-22DAB**

**HIPOLITO FONSECA**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 233), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on November 15, 2007.

After an independent *de novo* review of the record in this matter, and noting that Defendant filed a Notice of No Objection and unopposed request for a hearing to be set as soon as possible (Doc. No. 235), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered November 15, 2007 (Doc. No. 233) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **MONDAY, December 3, 2007, at 9:00 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 27, 2007.


Copies furnished to:

Counsel of Record

United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Hipolito Fonseca

ANNE C. CONWAY
United States District Judge

-2-